## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Colon-Perez et al. v. Medtronic, Inc., et al.**<br>**08-cv-00485** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER DISMISSING ORDER TO SHOW CAUSE** |

On May 18, 2011, Plaintiffs' Lead Counsel filed a Motion to Withdraw in the above-captioned case (Doc. No. 59), and on May 19, 2011, the Court granted that Motion (Doc. No. 60).

On June 3, 2011, Counsel for Medtronic filed a Motion for Entry of Order to Show Cause (Doc. No. 67). The Court issued the Order to Show Cause on June 14, 2011 (Doc. No. 68).

On July 1, 2011, a Response to the Order to Show Cause was filed on behalf of Fernando Ortiz-Gomez (Doc. No. 75). The Response stated that Mr. Ortiz-Gomez should not be part of the Order to Show Cause process because he is participating in the settlement in this matter.

Plaintiffs' Lead Counsel agrees that Mr. Ortiz-Gomez is participating in the settlement and should not have been part of the Order to Show Cause process.

Therefore, **IT IS ORDERED** that the Order to Show Cause (Doc No. 68) entered by this Court is hereby **DISCHARGED AS MOOT** as to Plaintiff Fernando Oritz-Gomez.

Dated: August 3, 2011          s/ Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge